**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00399-CV**
_____

**STILL AMERICAN, LLC, Appellant**

**V.**

**BARON GLOBAL DISTRIBUTORS, Appellee**

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 22-10-14637-CV**

**MEMORANDUM OPINION**

Still American, LLC, appellant, filed an unopposed motion to dismiss this accelerated appeal as moot. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on February 1, 2023
Opinion Delivered February 2, 2023
Before Golemon, C.J., Johnson and Wright, JJ.

1